Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  Allserve Systems Corp.
Debtor

Case No.: 05−60401−MBK
Chapter 7

Charles A. Stanziale
Plaintiff

v.

Vanguard Info−Solutions Corporation
Defendant

Adv. Proc. No. 06−02208−MBK                    Judge: Michael B. Kaplan

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

   Please be advised that on April 21, 2008, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 125 − 115
Opinion (related document:[115] Document filed by Counter−Defendant Charles A. Stanziale, Plaintiff Charles A. Stanziale). The following parties were served: Lisa Bonsall, Attorney for GECC; Robert Donovan, Attoreny for the Trustee. Signed on 4/21/2008. (Attachments: # (1) Exhibit A). (slf, )

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 21, 2008
JJW: slf

                                        James J. Waldron
                                        Clerk